

# Fourth Court of Appeals
## San Antonio, Texas

July 27, 2016

No. 04-15-00630-CR

Troy Stanley **STAIR**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-0709-CR-B
The Honorable William Old, Judge Presiding

# O R D E R

The reporter's record in this appeal was originally due April 18, 2016, but was not filed. On April 21, 2016, Ms. Patricia Wagner requested an extension of time to file her portion of the reporter's record, which we granted, extending the deadline for filing the record to May 18, 2016. On May 18, 2016, Ms. Wagner requested a second extension for thirty days, which we granted, extending the deadline for filing the record to June 20, 2016. On June 23, 2016, Ms. Wagner filed a third notification of late record, requesting an additional thirty days to file the record. By order dated June 30, 2016, we granted Ms. Wagner's request, ordering Ms. Wagner to file the reporter's record by July 20, 2016. In our order, we advised Ms. Wagner that no further extension of time will be considered or granted without written proof of extraordinary circumstances.

Despite our warning, Ms. Wagner filed a fourth notification of late record, requesting an additional extension of time. In her notification of late record, Ms. Wagner indicated she has a number of records she is working to complete and that she anticipates to start working on this case on July 22, 2016. Ms. Wagner also notes the second volume of the reporter's record will be filed by another court reporter. We note that that volume has been filed as of May 23, 2016. While we understand there are competing demands on a court reporter's time, these demands cannot justify such a lengthy delay and potential prejudice to appellant's rights. If Ms. Wagner is unable to perform all of her duties and complete a record in a timely manner, she must take whatever steps are necessary, including requesting a substitute reporter or hiring competent assistance, to file the record by the date ordered.

Accordingly, we **GRANT** this request for an extension of time, and we **ORDER** court reporter Patricia Wagner to file the reporter's record in this court on or before **August 26, 2016**. However, **THIS IS THE FINAL EXTENSION OF TIME THAT WILL BE GRANTED**. Ms. Wagner is advised that if the record is not received by this date, we may order her to appear and show cause why she should not be held in contempt. We further **order** the clerk of this court to serve this order on court reporter Ms. Patricia Wagner by certified mail, return receipt requested, and by first class United States mail. Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," TEX. R. APP. P. 35.3(c), we also **ORDER** the clerk of this court to serve a copy of this order on the trial court.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of July, 2016.

_____
Keith E. Hottle
Clerk of Court